# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BILLY PARADISE**                                                                    **PETITIONER**

**V.**                                              **4:20-CV-449-BRW-BD**

**ARKANSAS, STATE OF,** *et al*.                                                   **RESPONDENTS**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 4) filed by Magistrate Judge Beth Deere. Mr. Paradise has not filed objections to the Recommendation and the time for doing so has passed. After careful consideration, I approve and adopt the Recommendation in all respects.

Accordingly, Mr. Paradise's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, without prejudice. All other pending motions are MOOT (Doc. Nos. 2, 3, 6, 7, 9, 11, 12).

IT IS SO ORDERED, this 19th day of May, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE
