# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BILLY PARADISE**                                                                 **PETITIONER**

**V.**                                    **4:20-CV-449-BRW-BD**

**ARKANSAS, STATE OF,** *et al*.                                       **RESPONDENTS**

## JUDGMENT

Consistent with the Order entered today, Billy Paradise's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 19th day of May, 2020.

                                                   Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE